No. 9687. STATE EX REL. ROBERT MARCOE, RELATOR, v. DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY COUNTY OF RAVALLI; the HONORABLE C. E. COMER, District Judge; JUSTICE COURT OF WARD TOWNSHIP, RAVALLI COUNTY, MONTANA; and the HONORABLE E. R. MacDONALD, Justice of the Peace, RESPONDENTS.

295 Pac. (2d) 1054.

Decided April 4, 1956.

*Mr. Robert Skelton,* of Wooten & Skelton, Missoula, for Relator.

Per Curiam.

It is ordered that the writ be denied and the proceedings are dismissed.

No. 9480. L. M. JENSEN, PLAINTIFF AND RESPONDENT, v. TIDE WATER ASSOCIATED OIL COMPANY, a Corporation, DEFENDANT AND APPELLANT.

295 Pac. (2d) 1054.

Decided April 19, 1956.

*Coleman, Jameson & Lamey,* Billings, for Appellant.

*Ludvig Tande* and *S. Thomas Darland,* Plentywood, *John Marriott Kline* and *Leonard H. Langen,* Glasgow, for RESPONDENT.

Per Curiam.

On application of H. J. Coleman, Esq., and stipulation of counsel for the respective parties filed, this appeal is dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.